United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S. B.,<br><br>            Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>            Defendants. | Case No. 26-cv-00006-SK<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-titled case IS HEREBY REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether *S.B. v. United States of America et al*, No. 26-cv-00006-SK is related to *M.R. v. Federal Correctional Institution "FCI" Dublin et al.*, No. 22-cv-05137-YGR.

**IT IS SO ORDERED**.

Dated: January 2, 2026

_____
SALLIE KIM
United States Magistrate Judge